# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03039-DDD-STV

KRISTEN AGUIRRE,

    Plaintiff,

v.

MULTIMEDIA HOLDINGS CORPORATION d/b/a KUSA-TV; and
TEGNA, INC.

    Defendants.

---

**ERRATA TO JOINT MOTION FOR EXTENSION OF TIME TO HOLD FED. R. CIV. P. 26(f) CONFERENCE (ECF NO. 8)**

---

    This Notice of Errata is to correct an inaccurate date found in the parties' Joint Motion for Extension of Time to Hold Fed. R. Civ. P. 26(f) Conference filed earlier today at ECF No. 8. The parties incorrectly stated that the Court had set the Scheduling Conference in this case for January 12, 2022. Instead, January 12, 2022, is the date the Court required the parties to submit their proposed scheduling order. The Court has set the date for the parties scheduling conference for January 19, 2022 – one week later. This means that the parties are more than able to submit the proposed scheduling order by the deadline originally set for doing so, January 12, 2022. As a result, their request for an extension of time to hold their Rule 26 conference will not impact any other deadlines in this case, including the date by which time a proposed order must be submitted to the Court in advance of the Scheduling Conference.

DATED: December 29, 2021

          *s/ Iris Halpern*
          Iris Halpern
          RATHOD | MOHAMEDBHAI LLC
          2701 Lawrence Street, Suite 100
          Denver, CO 80205
          (303) 578-4400 (t)
          ih@rmlawyers.com
          ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I emailed Counsel of Record for Defendants, Camille Olson, at colson@seyfarth.com, a copy of this notice of errata because she has yet to have entered an appearance in this case but intends to do so shortly.

DATED: December 29, 2021

*s/ Iris Halpern*
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (t)
ih@rmlawyers.com

ATTORNEY FOR PLAINTIFF