# EXHIBIT B

EEOC Form 5 (11/09)

| Amended CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>541-2021-00677 |
|---|---|---|
| Colorado Civil Rights Division | | and EEOC |

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Kristen Aguirre** | Home Phone (Incl. Area Code)<br>c/o Rathod Mohamedbhai LLC<br>(303) 578-4400 | Date of Birth<br>**04/29/1987** |
|---|---|---|

Street Address: **c/o Rathod Mohamedbhai LLC: 2701 Lawrence Street, Ste 100, Denver, CO 80205**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**9NEWS** | No. Employees, Members<br>**15+** | Phone No. (Include Area Code)<br>**(303) 871-9999** |
|---|---|---|
| Street Address<br>**500 E Speer Blvd** | City, State and ZIP Code<br>**Denver, CO 80203-4187** | |

| Name<br>**TEGNA Inc.** | No. Employees, Members<br>**15+** | Phone No. (Include Area Code)<br>**703-873-6600** |
|---|---|---|
| Street Address<br>**8350 Broad St., Suite 2000** | City, State and ZIP Code<br>**Tysons, VA 22102** | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **10/29/2019**   Latest: **03/13/2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I.  **JURISDICTIONAL STATEMENT:** The Equal Opportunity Commission (EEOC) has jurisdiction over Respondents 9NEWS and TEGNA, Inc. and the subject matter of this charge. Respondents are covered by the Americans with Disabilities Act (ADA) and Title VII of the Civil Rights Act of 1964 (Title VII).

II. **STATEMENT OF HARM:** Charging Party Kristen Aguirre worked as a news anchor and reporter for 9NEWS since 2017. Ms. Aguirre is of Mexican ancestry. In April of 2019, Ms. Aguirre suffered an ischemic stroke. The stroke rendered Ms. Aguirre disabled in that she required extensive medical leave to recover, and upon her return, continued to suffer from severe weakness in her left arm, which she struggled to lift. Respondents 9NEWS and TEGNA Inc. unlawfully discriminated against Ms. Aguirre because of her disability in that Respondents subjected Ms. Aguirre to disparate terms and conditions of employment, refused to return her return to news anchoring, failed to accommodate Ms. Aguirre, and ultimately discharged her because of her disability or perceived disability and in retaliation for requesting an accommodation. After Ms. Aguirre was terminated, two other Latina news anchors were also terminated by TEGNA. TEGNA's largest shareholder, has admitted that Ms. Aguirre and other news anchors in Denver were subjected to discrimination. TEGNA and 9NEWS have engaged in a pattern or practice of discrimination against racial minorities.

III. **RESPONDENTS' STATED REASON FOR THE ADVERSE ACTION:** Unknown

## IV. DISCRIMINATION STATEMENT:

1. 9NEWS is a television news station based in Denver, CO whose parent company is TEGNA Media.

2. Ms. Aguirre started her career in reporting as a morning anchor in Flint, MI in 2014. Ms. Aguirre was nominated for an Emmy for her reporting in Flint and received the Best Anchor Award from the Michigan Associated Press.

3. As a result of her success, Ms. Aguirre began working at 9NEWS as an anchor and reporter in September of 2017.

4. As an anchor, Ms. Aguirre kept herself apprised of current events and delivered the news to a live television audience twice a week. Her role as a reporter entailed three days of making connections, pitching stories, going into the field, and pushing for her story to air on the news.

5. As a reporter, she often had a photographer with her, but sometimes had to manage shooting and reporting on a story on her own.

6. Immediately upon arriving in Denver, Ms. Aguirre began making connections, particularly in the Latino community. Ms. Aguirre also volunteered her time outside of work with Big Brothers Big Sisters of Colorado, Best Buddies, and the Latino Community Foundation, among others.

7. Her supervisor at that time, Linda Kotsaftis, often lauded Ms. Aguirre's dedication to community outreach.

8. Each year, supervisors and colleagues gave Ms. Aguirre positive feedback about her anchoring and reporting and commended her work ethic.

9. In a sign of trust and recognition of her stellar work, within a year, 9News shifted Ms. Aguirre from the lighter reporting of daytime television to nighttime anchoring and reporting with increased viewership.

10. Ms. Aguirre's focus at 9NEWS was to increase visibility of the Denver Latino population, promote community-based stories, and report on immigration and women's issues.

11. In September 2018, for example, Ms. Aguirre connected the immigrant community with Casa de Paz, an organization that assists immigrants who are recently released from ICE detention. She shed light not only on the benefits the organization provides for immigrants, but also on the volunteer opportunities for people who want to help.

**Ms. Aguirre's Life Changed When She Suddenly Suffered an Ischemic Stroke**

12. On April 13, 2019, Ms. Aguirre uncharacteristically failed to show up to work. 9NEWS frantically called Ms. Aguirre's boyfriend, who showed up to Ms. Aguirre's home. Ms. Aguirre's boyfriend banged on her door repeatedly hearing no answer and called an ambulance.

13. Ms. Aguirre was rushed to Denver Health's Emergency Room. Eight hours later, after an MRI, the doctors informed Ms. Aguirre that she had suffered a stroke. Ms. Aguirre was immediately moved to the Intensive Care Unit.

14. Ms. Aguirre's 9NEWS colleagues, including Ms. Kotsaftis and Meteorologist Danielle Grant, went to Denver Health as a show of support.

15. Ms. Aguirre's doctors later revealed to her that she had suffered an ischemic stroke, and that she needed rehabilitation as soon as possible. An ischemic stroke is when a blood clot blocks the flow of blood and oxygen to the brain, which in some cases can cause permanent brain damage or death.

16. On April 18, Ms. Aguirre was transferred to Craig Hospital, one of the top brain injury rehabilitation centers in the country, where she stayed for over two months.

17. Craig staff explained to her that the mobility of her arm was impacted and may never return. They also stated that she would likely need a wheelchair for the rest of her life, as her brain was not appropriately communicating with her lower extremities. Fortunately, Ms. Aguirre avoided speech impairments that often flow from strokes.

18. Ms. Aguirre was devastated, but with the support of her family and her faith, she decided that she would give all her energy to recovering fully.

19. Ms. Aguirre spent every moment she could towards learning to walk on her own, improving her strength, and working on the skills she needed to return to work.

20. Throughout her time in impatient care, several of her friends and supervisors from 9NEWS visited her and assured her that she would have a job waiting for her once she was ready to return.

21. Eric Valdez, the Director of Content, often text messaged Ms. Aguirre to confirm that she would have a job once she recovered.

22. After being discharged from Craig Hospital, Ms. Aguirre began intensive outpatient therapy with the goal of returning to work as soon as possible.

23. Ms. Aguirre successfully learned how to walk again.

24. Alongside her occupational therapist, Ms. Aguirre began rehearsing her evening news anchor duties in the 9News studio as early as September 30, 2019 – a mere five months after her stroke. Although she could not walk, she still had difficulty moving her left arm.

25. By October, the 9NEWS team prepared for Ms. Aguirre's return by discussing potential stories for her to run and how to publicly welcome her back.

26. On October 29, Ms. Aguirre made her official public return to 9NEWS by doing an interview for World Stroke Day and discussing her recovery live on air.

27. In these stories, 9NEWS staff appeared supportive of Ms. Aguirre's road to recovery. The station used her story to spread awareness about strokes and branded itself as a welcoming, inclusive, and flexible company.

28. This sentiment changed when Ms. Aguirre began pushing to return to her position as an anchor and reporter and when it became clear that she would need some minor accommodations.

**As Ms. Aguirre Transitioned Back to 9NEWS, She Returned to New and Hostile Leadership Who Ultimately Terminated Her Employment**

29. By the time Ms. Aguirre returned to part-time work at 9NEWS in mid-November 2019, the Director of Content was Tim Ryan, who had replaced Mr. Valdez. Megan Jurgemeyer had replaced Ms. Kotsaftis.

30. Neither Mr. Ryan nor Ms. Jurgemeyer showed any support or visited Ms. Aguirre when she was at Craig.

31. Mr. Ryan showed little patience with Ms. Aguirre's recovery efforts. After reviewing her anchoring rehearsals only six months after her stroke, he informed her that her anchoring was "not for them" and that her "inflection was off."

32. This surprised Ms. Aguirre, given that her speech had not been impacted by the stroke. The only remaining deficit at that point was limited mobility stemming primarily from her left arm.

33. Despite the fact that it publicly advertised itself as an accommodating work environment, 9NEWS rejected Ms. Aguirre after realizing her aesthetics no longer fit within its status quo for picture-perfect perfect news anchors.

34. Instead of allowing Ms. Aguirre back on air, Mr. Ryan moved her to a reporting position in which she would pitch and write stories.

35. Once she had a story, she and a photographer would go into the field, shoot the footage, and edit it for the newscast. The only accommodation she requested was that she have a photographer with her each time she went into the field, as she was unable to hold a camera with her limited mobility on her left side.

36. The Director of Reporting, Chris Vanderveen, worked closely with Ms. Aguirre and approved of all the reporting pieces she worked on before they went to Mr. Ryan and Ms. Jurgemeyer for review.

37. During the review process with Mr. Ryan and Ms. Jurgemeyer, Ms. Aguirre's work was scrutinized to a level she had never before experienced at 9NEWS.

38. In each meeting, Mr. Ryan and Ms. Jurgemeyer criticized everything from Ms. Aguirre's voice to her writing. And even though Mr. Vanderveen had already approved of the stories for content, Mr. Ryan often challenged Ms. Aguirre by asking her why her stories mattered and to whom.

39. As time went on, Mr. Ryan visibly checked out during these meetings by spending his time on his phone and only spoke up to comment on Ms. Aguirre's inflection and her "stare" into the camera.

40. Though Ms. Aguirre shot many stories after her return to 9NEWS, her first and only piece aired on February 2, 2020.

41. Meanwhile, 9NEWS continued to use Ms. Aguirre's story to improve its public image by purchasing a table for the 2020 PUSH Gala, Craig Hospital's biggest fundraiser of the year. 9NEWS President and General Manager, Mark Cornetta, Human Resources Director, Jessica Hobbs, Mr. Ryan, Ms. Jurgemeyer, Ms. Aguirre, and her mother sat at a table together.

42. Ms. Aguirre felt exploited and uncomfortable given that, behind the scenes, she was facing severe scrutiny for the very cause 9NEWS was ostensibly supporting.

43. Two weeks later, on March 10, 2020, Ms. Aguirre had her last meeting with Mr. Ryan, during which Ms. Aguirre informed Mr. Ryan of the immense amount of anxiety his scrutiny was causing her.

44. Specifically, she noted that Mr. Ryan's criticisms were noticeably harsher than those given to other 9NEWS reporters. Mr. Ryan nonetheless continued to grill Ms. Aguirre about complex aspects of the stories she reported on.

45. Mr. Ryan apparently assumed that Ms. Aguirre's stroke would impact her basic functions as he assured her that "the purpose of the current exercise is to better understand the current state of your writing and reporting skills so we can determine what's possible in the near future."

46. Ultimately, Mr. Ryan concluded that Ms. Aguirre's reporting samples did not "meet our standards for broadcast" and human resources would need to get involved, signaling his intent to terminate her employment.

47. On March 13, 2020, Ms. Aguirre met with Human Resources Director Jessica Hobbs, who explained to her that she would be going back on full-time long-term disability and her benefits would be terminated by October 2020.

**TEGNA and 9NEWS Have a History and Pattern of Discrimination Against Minority Employees**

48. Management at 9NEWS and TEGNA is predominantly dominated by white men.

49. Ms. Aguirre and other Latina news reporters experienced a racially hostile work environment and disparate treatment at 9NEWS, one that apparently is found at TEGNA affiliates across the country.

50. Reporters at 9NEWS were prohibited on air from referring to individuals without authorization to work in the United States as "undocumented workers" even though "undocumented" is standard industry usage. Instead, reporters were made to refer to such individuals as "here illegally" or "illegally in this country."

51. Latina reporters for 9NEWS were made by management to publicly disclose and discuss with the viewing public their immigration status.

52. Latina and other racial minority employees were subjected to biased comments and different performance standards.

53. After Ms. Aguirre was fired, 9NEWS fired two other Latina news reporters, Sonia Gutierrez and Lori Lizarraga, in quick succession. The discriminatory termination of all three reporters within one year of each other was covered by the Denver Post. https://www.denverpost.com/2021/04/19/9news-denver-latina-lori-lizarraga-sonia-gutierrez-kristen-aguirre/. Ms. Lizarraga opined an op-ed for Westword describing the racism she had experience working at 9NEWS and TEGNA. *See* https://www.westword.com/news/9news-latina-reporter-kusa-media-discrimination-diversity-11925702.

54. Recently, pursuant to Securities and Exchange Commission ("SEC") rules, the largest shareholder of TEGNA, Standard General, demanded information from TEGNA about a pattern or practice of racism at TEGNA affiliates that the shareholder had identified. The request for information is filed herewith.

55. As such, Ms. Aguirre and other minority employees at 9NEWS and TEGNA have been subjected to discrimination because of race/ethnicity and/or national origin.

**V. WHEREFORE,** Ms. Aguirre prays that the EEOC cause Respondents to cease and desist from engaging in the discriminatory practices described above, and to cease and desist from any other discriminatory practices like or related to those claims described above. Ms. Aguirre further prays that the EEOC provide she and others impacted by 9NEWS and TEGNA's discriminatory practices with economic relief, including but not limited to back pay and compensatory damages, and any further relief as may exist within the Commission's power and which the Commission may deem necessary and proper.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/19/2021 — Date<br>DocuSigned by: *kristen aguirre* — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |