IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03039-DDD-STV

KRISTEN AGUIRRE,
         Plaintiff,
v.
MULTIMEDIA HOLDINGS CORPORATION d/b/a KUSA-TV; and TEGNA, INC.,
         Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kristen Aguirre and Defendants Multimedia Holdings Corporation d/b/a KUSA-TV and TEGNA, Inc., through their respective counsel of record, hereby stipulate and agree that Plaintiff's Complaint shall be, and is, dismissed WITH PREJUDICE, and Plaintiff and Defendants shall bear their own attorneys' fees and costs.

DATED: May 9, 2022

Respectfully submitted,

| By: /s/ Iris Halpern | By: /s/ Andrew Scroggins |
|---|---|
| Iris Halpern (ih@rmlawyers.com) | Camille Olson |
| Ciara Anderson (ca@rmlawyers.com) | Richard Lapp |
| RATHOD \| MOHAMEDBHAI LLC | Andrew Scroggins |
| 2701 Lawrence Street, Suite 100 | colson@seyfarth.com |
| Denver, Colorado 80205 | rlapp@seyfarth.com |
| (303) 578-4400 (t) | ascroggins@seyfarth.com |
| (303) 578-4401 (f) | SEYFARTH SHAW LLP |
| *Attorneys for Plaintiff* | 233 South Wacker Drive |
| | Suite 8000 |
| | Chicago, Illinois 60606-6448 |
| | Telephone:   (312) 460-5000 |
| | Facsimile:   (312) 460-7000 |
| | *Attorneys for Defendants* |